**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7219**
_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

TONY BERNARD ALEXANDER,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:95-cr-00178-MOC-1)

_____

Submitted: November 20, 2012        Decided: November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tony B. Alexander, Appellant Pro Se. Kelli Hamby Ferry, Assistant United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony B. Alexander appeals from the district court's order granting in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Alexander</u>, No. 3:95-cr-00178-MOC-1 (W.D.N.C. June 8, 2012); <u>see United States v. Dunphy</u>, 551 F.3d 247, 257 (4th Cir. 2009) (holding that § 3582(c) proceeding is not a resentencing). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court granted Alexander's § 3582 motion, the reduction granted by the court did not reduce Alexander's sentence to the full extent he requested.